716 A.2d 532

IN THE MATTER OF THEODORE J. SEGAL,
AN ATTORNEY AT LAW.

September 14, 1998.

## ORDER TO SHOW CAUSE

The Disciplinary Review Board having filed a report with the Supreme Court, recommending that **THEODORE J. SEGAL** of **PHOENIX, ARIZONA,** who was admitted to the bar of this State in 1972, be disbarred, and good cause appearing;

It is ORDERED that **THEODORE J. SEGAL** show cause before this Court on November 10, 1998, at 2:00 p.m. in the Supreme Court courtroom, Hughes Justice Complex, Trenton, why he should not be disbarred or otherwise disciplined; and it is further

ORDERED that David E. Johnson, Jr., Esquire, or his designee, present this matter to the Court; and it is further

ORDERED that respondent shall file an original and eight copies of his brief with the Clerk of the Court, and serve two copies of the brief on the Office of Attorney Ethics, on or before October 14, 1998, and the Office of Attorney Ethics shall serve and file a responding brief, if any, on or before October 28, 1998; and it is further

ORDERED that the temporary suspension of respondent, entered by Order of this Court dated August 20, 1996, shall continue pending the further Order of the Court; and it is further

ORDERED that respondent shall continue to be restrained and enjoined from practicing law during the period of his suspension, and that he shall continue to comply with *Rule* 1:20–20 dealing with suspended attorneys.